UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JIM MEARS,

      Plaintiff,

v.

SUBWAY PRADO INC., a Florida For Profit Corporation, d/b/a Subway Sandwiches & Salads #10031, and MICHEL, L.L.C., a Florida Limited Liability Company,

      Defendants.
_____/

Case No. 0:14-cv-62688-JIC

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT MICHEL, L.L.C.

Counsel for Plaintiff hereby dismisses the above action against only Defendant MICHEL, L.L.C., with prejudice.

Respectfully submitted,

By: /s/ Jason F. Valentin, Esq.
Jason F. Valentin, Esq., Of-Counsel
Fla. Bar No.: 97356
Thomas B. Bacon, P.A.
1888 N.W. 7th Street
Miami, Florida 33125
Tel: (914) 618-2653
Fax: (305) 643-3334
E-Mail: valentin@thomasbaconlaw.com

Counsel for Plaintiff
Thomas B. Bacon, Esq.
Fla. Bar No.: 139262
Thomas B. Bacon, P.A
4868 S.W. 103rd Ave.
Cooper City, Florida, 33328
Tel: (954) 478-7811
Fax: (954) 237-1990
E-Mail: tbb@thomasbaconlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 19th day of February, 2014 I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system. I further certify that the foregoing document is being served on all Defendants identified on the attached services list in the manner specified, either *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsels or parties who are not authorized to receive electronic Notice of Electronic Filing.

                    By: /s/ Jason F. Valentin
                    Jason F. Valentin, Esq.

**SERVICE LIST**
(Case No. 0:14-cv-62688-JIC)

Counsel for Plaintiff
Thomas B. Bacon, P.A.
4868 S.W. 103rd Ave.
Cooper City, Florida, 33328
Tel: (954) 478-7811
Fax: (954) 237-1990
E-Mail: tbb@thomasbaconlaw.com

Of-Counsel for Plaintiff
Jason F. Valentin, Esq.
Thomas B. Bacon, P.A.
1888 N.W. 7th Street
Miami, Florida 33125
Tel: (914) 618-2653
Fax: (305) 643-3334
E-Mail: valentin@thomasbaconlaw.com

Attorney for Defendant, MICHEL, L.L.C.

Frank C. Walker, Esq.
Stuart & Walker, P.A.
Regions Bank Building- Ste. 1300
100 S.E. Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 764-7676
E-mail: fcw@bellsouth.net

Attorney for Defendant, SUBWAY PRADO INC. d/b/a Subway Sandwiches & Salads #10031

Todd W. Shulby, Esq.
Todd W. Shulby, P.A.
2800 Weston Rd., Ste. 101
Weston, Florida 33331
Telephone: (954) 530-2236
Fax: (954) 530-6628
E-mail: tshulby@shulbylaw.com