UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62688-CIV-COHN/SELTZER

JIM MEARS,

    Plaintiff,

v.

SUBWAY PRADO INC. d/b/a SUBWAY
SANDWICHES & SALADS #10031 and
MICHEL, L.L.C.,

    Defendants.

_____/

## ORDER OF DISMISSAL AS TO DEFENDANT MICHEL, L.L.C.

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice as to Defendant Michel, L.L.C. [DE 15]. The Court has reviewed the Notice and the record in this case, and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED with prejudice** as to Defendant Michel, L.L.C. This action shall remain pending with regard to Defendant Subway Prado Inc.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 25th day of February, 2015.

_____
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF