UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-62688-CIV-COHN/SELTZER

JIM MEARS,

    Plaintiff,

v.

SUBWAY PRADO INC. d/b/a SUBWAY
SANDWICHES & SALADS #10031 and
MICHEL, L.L.C.,

    Defendants.
_____/

## ORDER DISMISSING CASE

**THIS CAUSE** is before the Court upon the parties' Stipulation for Dismissal of Case with Prejudice [DE 17]. The Court has reviewed the Stipulation and the record in this case, and is otherwise advised in the premises. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. The Stipulation for Dismissal of Case with Prejudice [DE 17] is **APPROVED**. This action is **DISMISSED with prejudice**.

2. The Court retains jurisdiction to enforce the Settlement Agreement between Plaintiff and Defendant Subway Prado Inc.

3. The Clerk of Court is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 6th day of April, 2015.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF